# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOME INSTEAD, INC., a Nebraska Corporation, | CASE NO. 8:10CV50 |
| Plaintiff, | |
| v. | ORDER AND FINAL JUDGMENT |
| FRANCISCO O. MENDOZA, VIANNEY A. MENDOZA, and VANESSA DE VERA a/k/a VENESSA DEVERA, | |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulation (Filing No. 19). On April 28, 2010, Home Instead filed a Stipulated Motion to Dismiss Without Prejudice (Filing No. 17), which the Court granted the next day (Filing No. 18). The parties now request that the Court convert the order of dismissal of this case, to an order of dismissal with prejudice. Because the Court has already dismissed the case, it will treat the parties' Stipulation as a motion for relief from judgment under Fed. R. Civ. P. 60(b). The Parties' Joint Stipulation is approved, and this case will be dismissed with prejudice. Accordingly,

IT IS ORDERED:

1.  The parties' Joint Stipulation (Filing No. 19) is approved;

2.  This action is dismissed with prejudice; and

3.  The parties will bear their own costs and attorneys' fees.

DATED this 10th day of May, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge